UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22359-CIV-LENARD/WHITE

**KELLEY MALA**,

    Plaintiff,

v.

**CLAY MITCHELL, et al.,**

    Defendants.

_____/

## ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 10)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 10), issued on October 15, 2010, recommending that: (1) Plaintiff's claims against Defendants Holt, Lappin, Holder, U.S. Department of Federal Prisons, and the U.S. Marshal's Service be dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and (2) Plaintiff's claim of retaliation against Defendant Mitchell proceed.  The Parties were provided fourteen (14) days to file objections to the Report.  To date, the Parties have not filed any objections.  Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

**1.**     The Report of the Magistrate Judge (D.E. 10), issued on October 15, 2010, is **ADOPTED**;

**2.**     Plaintiff's claims against Defendants Holt, Lappin, Holder, U.S. Department of Federal Prisons, and the U.S. Marshal's Service are hereby **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

**3.**      Plaintiff's claim of retaliation against Defendant Mitchell shall proceed and service shall be ordered via separate order.

**DONE AND ORDERED** in Chambers at Miami, Florida this 5th day of November, 2010.

*[signature: Joan A. Lenard]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**