UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22359-CIV-LENARD/WHITE

**KELLEY MALA**,

      Plaintiff,

v.

**CLAY MITCHELL, et al.**,

      Defendants.

_____/

## ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 28) AND DISMISSING CASE

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 28), issued on April 26, 2011, recommending that Defendant Clay Mitchell's Motion to Dismiss (D.E. 24) be granted and Plaintiff's Complaint be dismissed without prejudice for failure to request nominal damages pursuant to 42 U.S.C. § 1997e(e). Therein, the Parties were provided fourteen (14) days to file objections to the Report. To date, Plaintiff has not filed any objections to the Report. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 28), issued on April 26, 2011, is

      **ADOPTED**;

2. Defendant's Motion to Dismiss (D.E. 24), filed on March 7, 2011, is **GRANTED** and all other pending motions are **DENIED AS MOOT**;

3. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to request nominal damages pursuant to 42 U.S.C. § 1997e(e);

4. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 26th day of May, 2011.

                                                  */s/ Joan A. Lenard*
                                                  **JOAN A. LENARD**
                                                  **UNITED STATES DISTRICT JUDGE**